UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA PAYANO, et al.,<br><br>                                        Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORTATION, INC., et al.,<br><br>                                        Defendants. | 23-CV-7172 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://www.nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the conference scheduled for October 16, 2023, at 11:00 A.M. is rescheduled to **October 24, 2023, at 12:00 P.M.** The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 188 714 272, followed by the pound (#) sign.

            SO ORDERED.

Dated: October 11, 2023
            New York, New York

                                                                    _____
                                                                             DALE E. HO
                                                                    United States District Judge