UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ana Payano, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>J.B. Hunt Transport, Inc., et al.,<br><br>      Defendants. | 23-CV-7172 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  In light of the Court's extension of the discovery deadline in this matter, *see* ECF No. 34, the case management conference previously scheduled for March 18, 2025 is ADJOURNED to May 20, 2025, at 10:30 AM. The parties should join the conference by dialing (646) 453-4442 and entering the conference ID: 680 469 619, followed by the pound sign (#).

  The parties shall submit a joint status letter by May 14, 2025. The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

SO ORDERED.

Dated: March 17, 2025
    New York, New York

                       DALE E. HO
                 United States District Judge