UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA PAYANO, et al.,

                              Plaintiffs,

                    v.

J.B. HUNT TRANSPORT, INC., et al.,

                              Defendants.

23-CV-7172 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court held a case management conference in this matter on May 9, 2025. As stated on the record at the conference, the close of expert discovery is STAYED pending the mediation conference scheduled for June 23-24, 2025. By **June 27, 2025**, the parties shall submit a joint status letter, indicating whether the parties have resolved the case and, if not, proposing a path forward. Fact discovery remains open for the purpose of completing previously scheduled depositions.

SO ORDERED.

Dated: May 9, 2025
       New York, New York

_____
        DALE E. HO
   United States District Judge