UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANA PAYANO, et al.,

                Plaintiffs,

v.

J.B. HUNT TRANSPORT, INC., et al.,

                Defendants.

23-CV-7172 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

    For the avoidance of doubt, in light of the stay of the close of expert discovery, *see* ECF No. 40, the post-discovery case management conference previously scheduled for May 21, 2025 is ADJOURNED sine die.

SO ORDERED.

Dated: May 20, 2025
       New York, New York

                                                DALE E. HO
                                        United States District Judge